IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 7 |
| **CHRISTINE BOHATIUK and MILORAD MANOJILOVIC,** | CASE NO. 20-50250 |
| | JUDGE: ALAN M. KOSCHIK |
| *Debtors.* | **CERTIFICATE OF SERVICE TO NEWLY ADDED CREDITORS** |

The Debtors give notice that on the 7th day of March, 2020, they caused to be served by regular U.S. mail, postage prepaid, the Amended Voluntary Petition and the Notice of 341 Meeting of Creditors and Deadlines, upon the following newly added creditors:

SyncB/Ashley Home Stores
PO Box 965005
Orlando FL 32896-5005

SyncB/Sams
PO Box 965005
Orlando FL 32896-5005

Synchrony Networks
PO Box 965036
Orlando FL 32896-5036

Midland Funding
320 E Big Beaver Rd #300
Troy MI 48083

Citibank
c/o CT Corp Sys
4400 Easton Commons Way #125
Columbus OH 43219

Synchrony Bank
170 Election Rd #125
Draper UT 84020

Portfolio Recovery Assoc
120 Corporate Blvd #100
Norfolk VA 23502

Capital One Bank USA NA
PO Box 30281
Salt Lake City UT 84130

Dept of Ed/Navient
123 Justison St 3rd floor
Wilmington DE 19801

Key Bank
4910 Tiedeman Rd
CLIENT SVCS OH-01-05-0562
Cleveland OH 44144

Sallie Mae
PO Box 3229
Wilmington DE 19804

Home Depot/CBNA
5800 S Corporate Place
Sioux Falls SD 57108

Bank of America
4060 Ogletown/Stanton Rd
Newark DE 19713

FNB Omaha
PO Box 3412
Omaha NE 68197

Amex/DSNB
9111 Duke Blvd
Mason OH 45040

US Bank
PO Box 108
St Louis MO 63166

Huntington National Bank
7 Eastern Oval
Columbus OH 43219

CitiCards CBNA
701 E 60th St N
Sioux Falls SD 57104

SyncB/Value City Furniture
PO Box 965036
Orlando FL 32896

THD/CBNA
One Court Square
Long Island City NY 11120

Fifth Third Bank
5050 Kingsley Dr MD 1MOCOP
Cincinnati OH 45263

JPMCB – Card Services
301 N Walnut St Floor 9
Wilmington DE 19801

Huntington National Bank
PO Box 1558 – Dept EA4W25
Columbus OH 43216-1558

Anthony Funeral Home
1990 S Main St
Akron OH 44301

Summa Health
PO Box 771880
Detroit MI 48277-1880

Best Buy Credit Services
PO Box 78009
Phoenix AZ 85062-8009

Crystal Clinic
PO Box 75575
Cleveland OH 44101-4755

Andrew J Cook DDS LLC
529 Canton Rd
Akron OH 44312

Summa Physicians Inc
PO Box 630092
Cincinnati OH 45263-0092

ImmediaDent
PO Box 11163
Overland Park KS 66207


Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Office: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I certify that on March 7, 2020, a true and correct copy of the foregoing *Certificate of Service to Newly Added Creditors* was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    The U.S. Trustee

    Trustee Kathryn A. Belfance at <kb@rlbllp.com>, <oh01@ecfcbis.com>

    Rebecca J. Sremack on behalf of Debtors at <rebecca@sremacklaw.com>

And by regular U.S. mail, postage prepaid, along with the Amended Voluntary Petition, upon:

    PRA Receivables Management, LLC
    PO Box 41021
    Norfolk, VA 23541

                                              /s/ Rebecca J. Sremack
                                              Rebecca J. Sremack #0092313
                                              *Counsel for Debtors*