Summa
paystubs

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

Position: 3560260
Check Date: 01/23/2020

*VOID VOID VOID VOID VOID VOID VOID VOID*

Milorad Manojlovic
35 Eastholm Ave
Akron, OH 44312
US

Net Pay 637.14

NON-NEGOTIABLE

| Name | Badge Number | Employee Number | Process Level | Department | Period Start | Period End |
|------|--------------|-----------------|---------------|------------|--------------|------------|
| Milorad Manojlovic | 5798 | 90252 | 1300 | 81510 | 01/05/2020 | 01/18/2020 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 90.50 | 1035.82 | 2082.68 |
| Total Deductions | | 398.68 | 805.98 |
| Total Net | | 637.14 | 1276.70 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| National Holiday Worked Base | | | | 178.08 |
| National Holiday Worked Premiu | | | | 89.04 |
| Overtime Base | 0.80 | 12.72 | 10.18 | 10.18 |
| Overtime Premium | 0.80 | 12.72 | 5.12 | 5.12 |
| PTO - Scheduled | 16.00 | 12.72 | 203.52 | 203.52 |
| Regular Pay | 63.80 | 12.72 | 811.54 | 1591.28 |
| Shift Differential 2 | 9.10 | 0.60 | 5.46 | 5.46 |

|  |  | Total | 90.50 | 1035.82 | 2082.68 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 19.00 | 38.28 |
| Federal Withholding Tax | 30.25 | 61.60 |
| Medicare Tax - Employee | 11.02 | 22.20 |
| Ohio Withholding Tax | 11.67 | 23.64 |
| Social Security Tax - Employee | 47.13 | 94.94 |
| Total | 119.07 | 240.66 |

## Pretax Deductions

| Description | Current | Year To Date |
|---|---|---|
| BN VISION - EE | 4.34 | 8.68 |
| Emp Medical Benefit Plan EE | 271.32 | 542.64 |
| Total | 275.66 | 551.32 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 3.95 | 14.00 |
| Total | 3.95 | 14.00 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5682 | Huntington National Bank | 637.14 |

Summa HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

Number     3552868
01/09/2020

*VOID VOID VOID VOID VOID VOID VOID VOID*

Milorad Manojlovic
35 Eastholm Ave
Akron, OH 44312
US

Net Pay  639.56

NON-NEGOTIABLE

| Name | Batch Number | Check Number | Process Level | Department | Period Start | Period End |
|---|---|---|---|---|---|---|
| Milorad Manojlovic | 5798 | 90252 | 1300 | 81510 | 12/22/2019 | 01/04/2020 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 89.30 | 1046.86 | 1046.86 |
| Total Deductions | | 407.30 | 407.30 |
| Total Net | | 639.56 | 639.56 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| National Holiday Worked Base | 14.00 | 12.72 | 178.08 | 178.08 |
| National Holiday Worked Premiu | 14.00 | 12.72 | 89.04 | 89.04 |
| Regular Pay | 61.30 | 12.72 | 779.74 | 779.74 |
| Total | 89.30 | | 1046.86 | 1046.86 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 19.28 | 19.28 |
| Federal Withholding Tax | 31.35 | 31.35 |

20-50250-amk   Doc 27   FILED 03/09/20   ENTERED 03/09/20 10:58:55   Page 4 of 22

| | | |
|---|---|---|
| Medicare Tax - Employee | 11.18 | 11.18 |
| Ohio Withholding Tax | 11.97 | 11.97 |
| Social Security Tax - Employee | 47.81 | 47.81 |
| | 121.59 | 121.59 |

## Pretax Deductions

| | | Year to Date |
|---|---|---|
| BN VISION - EE | 4.34 | 4.34 |
| Emp Medical Benefit Plan EE | 271.32 | 271.32 |
| | 275.66 | 275.66 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 10.05 | 10.05 |
| Total | 10.05 | 10.05 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5682 | Huntington National Bank | 639.56 |

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

3545568
12/26/2019

*VOID VOID VOID VOID VOID VOID VOID VOID*

Milorad Manojlovic
35 Eastholm Ave
Akron, OH 44312
US

Net Pay  638.01

NON NEGOTIABLE

| Name | Clock Number | Employee Number | Hourly Amount | Department | Period Start | Period End |
|------|--------------|-----------------|---------------|------------|--------------|------------|
| Milorad Manojlovic | 5798 | 90252 | 1300 | 81510 | 12/08/2019 | 12/21/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 91.70 | 1046.65 | 24368.68 |
| Total Deductions | | 408.64 | 9966.97 |
| Total Net | | 638.01 | 14401.71 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Funeral | | | | 296.40 |
| National Holiday Worked Base | | | | 6.18 |
| National Holiday Worked Premiu | | | | 3.09 |
| Overtime Base | 1.50 | 12.72 | 19.08 | 63.49 |
| Overtime Premium | 1.50 | 12.72 | 9.60 | 31.81 |
| PTO - Scheduled | 16.00 | 12.72 | 203.52 | 1229.47 |
| PTO Unscheduled | | | | 666.90 |

| | | | | |
|---|---|---|---|---|
| Regular Pay | 63.60 | 12.72 | 808.99 | 22015.84 |
| Shift Differential 2 | 9.10 | 0.60 | 5.46 | 11.04 |
| TTO Paid as PTO | | | | 44.46 |
| | 91.70 | | 1046.65 | 24368.68 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 19.23 | 428.93 |
| Federal Withholding Tax | 31.55 | 541.94 |
| Medicare Tax - Employee | 11.15 | 248.78 |
| Ohio Withholding Tax | 12.41 | 247.20 |
| Social Security Tax - Employee | 47.70 | 1063.77 |
| Total | 122.04 | 2530.62 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| BN VISION - EE | 4.26 | 110.76 |
| NwHlthEE | 248.09 | 6450.34 |
| Smoker Surcharge Pre -Tax | 25.00 | 650.00 |
| Total | 277.35 | 7211.10 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 9.25 | 225.25 |
| Total | 9.25 | 225.25 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|

xxxxx5032          xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5682          Huntington National Bank          638.01

SUMMA HEALTH
1077 Gorge Blvd
Akron, OH 44310 United States

Number     3538152
Check Date     12/12/2019

*VOID VOID VOID VOID VOID VOID VOID VOID*

Milorad Manojlovic
35 Eastholm Ave
Akron, OH 44312
US

Net Pay   546.69

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Hourly Rate | Department | Period Start | Period End |
|------|--------|--------|--------|--------|--------|--------|
| Milorad Manojlovic | 5798 | 90252 | 1300 | 81510 | 11/24/2019 | 12/07/2019 |

Summary

| Description | Hours | Current | Year to Date |
|------|------|------|------|
| Total Gross | 73.80 | 935.56 | 23322.03 |
| Total Deductions | | 388.87 | 9558.33 |
| Total Net | | 546.69 | 13763.70 |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|------|------|------|------|------|
| Funeral | | | | 296.40 |
| National Holiday Worked Base | | | | 6.18 |
| National Holiday Worked Premiu | | | | 3.09 |
| Overtime Base | 0.50 | 12.72 | 6.36 | 44.41 |
| Overtime Premium | 0.50 | 12.72 | 3.18 | 22.21 |
| PTO - Scheduled | | | | 1025.95 |
| PTO Unscheduled | | | | 666.90 |

20-50250-amk    Doc 27    FILED 03/09/20    ENTERED 03/09/20 10:58:55    Page 9 of 22

| | | | | |
|---|---|---|---|---|
| Regular Pay | 72.80 | 12.72 | 926.02 | 21206.85 |
| Shift Differential 2 | | | | 5.58 |
| TTO Paid as PTO | | | | 44.46 |
| Total | 73.80 | | 935.56 | 23322.03 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Akron City Tax | 16.46 | 409.70 |
| Federal Withholding Tax | 20.44 | 510.39 |
| Medicare Tax - Employee | 9.54 | 237.63 |
| Ohio Withholding Tax | 9.42 | 234.79 |
| Social Security Tax - Employee | 40.81 | 1016.07 |
| Total | 96.67 | 2408.58 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| BN VISION - EE | 4.26 | 106.50 |
| NwHlthEE | 248.09 | 6202.25 |
| Smoker Surcharge Pre -Tax | 25.00 | 625.00 |
| Total | 277.35 | 6933.75 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Meals | 14.85 | 216.00 |
| Total | 14.85 | 216.00 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|

20-50250-amk   Doc 27   FILED 03/09/20   ENTERED 03/09/20 10:58:55   Page 10 of 22

xxxxx5032        xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5682        Huntington National Bank        546.69

Altercare

Pay stubs

ALTERCARE POST-ACUTE REHAB
1463 TALLMADGE RD
KENT, OH 44240

| Number | 1025275 |
|---|---|
| Check Date | 01/30/2020 |

Print

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Milorad Manojlovic
35 EASTHOLM AVE
AKRON, OH 44312-1240
US

Net Pay  695.58

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Milorad Manojlovic | 5798 | 760007228 | 2020 | 415 | 01/22/2020 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 64.25 | 837.61 | 2651.37 |
| Total Deductions | | 142.03 | 567.30 |
| Total Net | | 695.58 | 2084.07 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Holiday Half | | | | 49.13 |
| Inservice Meeting | | | | 17.87 |
| Paid Time Off | | | | 148.88 |
| Regular | 64.25 | 11.91 | 765.23 | 2224.23 |
| Hourly Add-on * Shift -Afternoon | 64.25 | 1.00 | 64.25 | 186.75 |
| Hourly Add-on * Shift -Weekend | 16.25 | 0.50 | 8.13 | 24.51 |
| Total Hours Paid | 64.25 | | 837.61 | 2651.37 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| CI - Akron | 8.38 | 25.10 |
| FD Federal | 37.99 | 113.64 |
| FICA Medicare-EE | 12.15 | 36.39 |
| FICA OASDI-EE | 51.93 | 155.59 |
| JEDD Brimfield-Tallmadge | 12.56 | 37.64 |
| OH W/H | 14.02 | 42.08 |
| Total | 137.03 | 410.44 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| P/T Dent High GUARD-EE | | 83.30 |
| P/T STD GUARD NO UNION-EE | | 58.56 |
| Total | | 141.86 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| In Jerrys Footsteps | 5.00 | 15.00 |
| Total | 5.00 | 15.00 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5682 | HUNT | 695.58 |

ALTERCARE POST ... ... ...
1463 TALLMADGE RD
KENT, OH 44240

Number 1025182
Check Date 01/16/2020

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Milorad Manojlovic
35 EASTHOLM AVE
AKRON, OH 44312-1240
US

Net Pay 626.13

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|-----------|
| Milorad Manojlovic | 5798 | 760007228 | 2020 | 415 | 01/08/2020 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 63.25 | 818.20 | 1813.76 |
| Total Deductions | | 192.07 | 425.27 |
| Total Net | | 626.13 | 1388.49 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Holiday Half | | | | 49.13 |
| Inservice Meeting | 1.50 | 11.91 | 17.87 | 17.87 |
| Paid Time Off | 5.00 | 11.91 | 59.55 | 148.88 |
| Regular | 56.75 | 11.91 | 675.90 | 1459.00 |
| Hourly Add-on * Shift -Afternoon | 56.75 | 1.00 | 56.75 | 122.50 |
| Hourly Add-on * Shift -Weekend | 16.25 | 0.50 | 8.13 | 16.38 |
| Total Hours Paid | 63.25 | | 818.20 | 1813.76 |

## Taxes

| Description | Current | Year to Date |
|-------------|---------|--------------|
| CI - Akron | 7.47 | 16.72 |
| FD Federal | 28.96 | 75.65 |
| FICA Medicare-EE | 10.83 | 24.24 |
| FICA OASDI-EE | 46.33 | 103.66 |
| JEDD Brimfield-Tallmadge | 11.21 | 25.08 |
| OH W/H | 11.34 | 28.06 |
| Total | 116.14 | 273.41 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| P/T Dent High GUARD-EE | 41.65 | 83.30 |
| P/T STD GUARD NO UNION-EE | 29.28 | 58.56 |
| Total | 70.93 | 141.86 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| In Jerrys Footsteps | 5.00 | 10.00 |
| Total | 5.00 | 10.00 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5682 | HUNT | 626.13 |

ALTERCARE POST-ACUTE REHAB
1463 TALLMADGE RD
KENT, OH 44240

Number 1025090
Check Date 01/02/2020

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Milorad Manojlovic
35 EASTHOLM AVE
AKRON, OH 44312-1240
US

Net Pay 762.36

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|------|---------------|-----------------|---------------|------------|------------|
| Milorad Manojlovic | 5798 | 760007228 | 2020 | 415 | 12/25/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|-------------|-------|---------|--------------|
| Total Gross | 81.50 | 995.56 | 995.56 |
| Total Deductions | | 233.20 | 233.20 |
| Total Net | | 762.36 | 762.36 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|-------------|-------|------|---------|--------------|
| Holiday Half | 8.25 | 11.91 | 49.13 | 49.13 |
| Paid Time Off | 7.50 | 11.91 | 89.33 | 89.33 |
| Regular | 65.75 | 11.91 | 783.10 | 783.10 |
| Hourly Add-on * Shift -Afternoon | 65.75 | 1.00 | 65.75 | 65.75 |
| Hourly Add-on * Shift -Weekend | 16.50 | 0.50 | 8.25 | 8.25 |
| Total Hours Paid | 81.50 | | 995.56 | 995.56 |

## Taxes

| Description | Current | Year to Date |
|-------------|---------|--------------|
| CI - Akron | 9.25 | 9.25 |
| FD Federal | 46.69 | 46.69 |
| FICA Medicare-EE | 13.41 | 13.41 |
| FICA OASDI-EE | 57.33 | 57.33 |
| JEDD Brimfield-Tallmadge | 13.87 | 13.87 |
| OH W/H | 16.72 | 16.72 |
| Total | 157.27 | 157.27 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| P/T Dent High GUARD-EE | 41.65 | 41.65 |
| P/T STD GUARD NO UNION-EE | 29.28 | 29.28 |
| Total | 70.93 | 70.93 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| In Jerrys Footsteps | 5.00 | 5.00 |
| Total | 5.00 | 5.00 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5682 | HUNT | 762.36 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Milorad Manojlovic
35 EASTHOLM AVE
AKRON, OH 44312-1240
US

Net Pay  655.66

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Milorad Manojlovic | 5798 | 760007228 | 2020 | 415 | 12/11/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 68.75 | 857.71 | 20438.67 |
| Total Deductions | | 202.05 | 4709.61 |
| Total Net | | 655.66 | 15729.06 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 171.16 |
| Bonus - Shift Pickup | | | | 200.00 |
| Bonus-Performance | | | | 55.00 |
| Bonus-Quality Ramp Award | | | | 200.00 |
| Holiday Half | 5.50 | 11.91 | 32.75 | 173.57 |
| Inservice Meeting | | | | 17.12 |
| Overtime Time & Half | | | | 26.07 |
| Paid Time Off | | | | 844.71 |
| Regular | 63.25 | 11.91 | 753.33 | 17645.50 |
| Hourly Add-on * Shift -Afternoon | 63.25 | 1.00 | 63.25 | 924.72 |
| Hourly Add-on * Shift -Midnights | | | | 1.94 |
| Hourly Add-on * Shift -Weekend | 16.75 | 0.50 | 8.38 | 178.88 |
| Total Hours Paid | 68.75 | | 857.71 | 20438.67 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| CI - Akron | 7.87 | 196.29 |

|  |  |  |
|---|---|---|
| FD Federal | 33.29 | 678.45 |
| FICA Medicare-EE | 11.41 | 271.68 |
| FICA OASDI-EE | 48.78 | 1161.65 |
| JEDD Brimfield-Tallmadge | 11.80 | 281.05 |
| OH W/H | 12.97 | 288.17 |
| Total | 126.12 | 2877.29 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| P/T Dent High GUARD-EE | 41.65 | 999.60 |
| P/T STD GUARD NO UNION-EE | 29.28 | 702.72 |
| Total | 70.93 | 1702.32 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| In Jerrys Footsteps | 5.00 | 130.00 |
| Total | 5.00 | 130.00 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5682 | HUNT | 655.66 |

ALTERCARE POST-ACUTE REHAB
1463 TALLMADGE RD
KENT, OH 44240

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Milorad Manojlovic
35 EASTHOLM AVE
AKRON, OH 44312-1240
US

Net Pay   607.88

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Milorad Manojlovic | 5798 | 760007228 | 2020 | 415 | 11/27/2019 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 63.50 | 795.67 | 19580.96 |
| Total Deductions | | 187.79 | 4507.56 |
| Total Net | | 607.88 | 15073.40 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bereavement Pay | | | | 171.16 |
| Bonus - Shift Pickup | | | | 200.00 |
| Bonus-Performance | | | | 55.00 |
| Bonus-Quality Ramp Award | | | | 200.00 |
| Holiday Half | | | | 140.82 |
| Inservice Meeting | | | | 17.12 |
| Overtime Time & Half | | | | 26.07 |
| Paid Time Off | | | | 844.71 |
| Regular | 63.50 | 11.41 | 724.54 | 16892.17 |
| Hourly Add-on * Shift -Afternoon | 63.50 | 1.00 | 63.50 | 861.47 |
| Hourly Add-on * Shift -Midnights | | | | 1.94 |
| Hourly Add-on * Shift -Weekend | 15.25 | 0.50 | 7.63 | 170.50 |
| Total Hours Paid | 63.50 | | 795.67 | 19580.96 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| CI - Akron | 7.25 | 188.42 |

|  |  |  |
|---|---|---|
| FD Federal | 27.09 | 645.16 |
| FICA Medicare-EE | 10.51 | 260.27 |
| FICA OASDI-EE | 44.93 | 1112.87 |
| JEDD Brimfield-Tallmadge | 10.87 | 269.25 |
| OH W/H | 11.21 | 275.20 |
| Total | 111.86 | 2751.17 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| P/T Dent High GUARD-EE | 41.65 | 957.95 |
| P/T STD GUARD NO UNION-EE | 29.28 | 673.44 |
| Total | 70.93 | 1631.39 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| In Jerrys Footsteps | 5.00 | 125.00 |
| Total | 5.00 | 125.00 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx5032 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx5682 | HUNT | 607.88 |